No. 776. HOSHOUR ET AL. *v.* APODACA, RECEIVER, ET AL. Supreme Court of Colorado. Certiorari denied. *Francis P. O'Neill* for petitioners.

No. 792. MADSEN *v.* OVERHOLSER, SUPERINTENDENT, SAINT ELIZABETHS HOSPITAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph S. Robinson* and *Dayton M. Harrington* for petitioner. *Solicitor General Rankin, Assistant Attorney General White* and *Harold H. Greene* for respondent.

No. 794. DISTRICT OF COLUMBIA *v.* SCULL ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for petitioner. *Joseph D. Bulman* and *Sidney M. Goldstein* for respondents.

No. 796. MACK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Albert E. Jenner, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 798. BELL *v.* BUCKEYE UNION CASUALTY Co. C. A. 7th Cir. Certiorari denied. *Richard W. Galiher* for petitioner. *Benjamin G. Cox* and *Ernest J. Zwerner* for respondent.

No. 805. COLLIER *v.* MILLER ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. *Louis B. Fine* for petitioner. *William R. C. Cocke* for respondents.